UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW PIRONE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>-v-<br><br>STOYANOV AND HYMAS INC dba 411 LOCALS,<br><br>*Defendant* | Civil Action No.: 7:23-cv-09643-PMH |

**MOTION TO DISMISS COMPLAINT**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant, Stoyanov and Hymas Inc d/b/a 411 Locals ("Defendant"), hereby moves to dismiss Plaintiff's Class Action Complaint.

In support of its motion, Defendant submits the accompanying memorandum of law.

Motion denied without prejudice for failure to comply with the Court's Individual Practices concerning motions to dismiss.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        December 21, 2023

Respectfully submitted,

STOYANOV AND HYMAS INC dba 411 LOCALS
By their counsel,

*/s/ Jeffrey M. Rosin*_____
Jeffrey M. Rosin, # 3026952
O'HAGAN MEYER, PLLC
111 Huntington Ave., Ste. 719
Boston, Massachusetts 02199
(617) 843-6800
jrosin@ohaganmeyer.com

Dated:  December 20, 2023